NATHANIEL RIX
*versus*
NICHOLAS ELLIOT, TRUSTEE OF S. NOYES.

When A. and B. are the joint debtors of C., A. cannot be held as the trustee of C. without joining B.

THE only question in this case was, whether Elliot could be adjudged the trustee of Noyes in this suit, he being indebted jointly and severally with one E. Sawyer: and not otherwise indebted to Noyes.

On the behalf of the trustee it was objected, that Sawyer ought to have been joined in this process. 6 *Mass.* 60, *Jewell* vs. *Bawn.*

*Per curiam.* It has often been decided in this state, that where there are several joint debtors, they must all be joined in this process.

*The trustee must be discharged.*